IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

FILED-CLERK
U.S. DISTRICT COURT

01 JUN 15 PM 1: 14

TX EASTERN - BEAUMONT

| | | |
|---|---|---|
| IN RE NORPLANT CONTRACEPTIVE PRODUCTS LIABILITY LITIGATION | : | MDL DOCKET NO. 1038 |
| | : | BY |
| ------------------------------------------------------- : | | |
| Cameron, et al. | : | |
| | : | |
| v. | : | Case No.:1:96CV5811 |
| | : | |
| Wyeth Laboratories, Inc. and American Home Products Corporation | : | |
| ------------------------------------------------------- : | | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiff(s)

listed in Attachment A and defendants WYETH LABORATORIES INC. and AMERICAN

HOME PRODUCTS CORPORATION, ET AL hereby stipulate that the plaintiff's claims be and

are hereby dismissed *with prejudice*.

_____
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
Mt. Pleasant, South Carolina 29464

_____
Paul W. Gertz
Germer, Bernsen & Gertz
805 Park Street
Beaumont, TX 77704

ATTORNEYS FOR PLAINTIFF

ATTORNEYS FOR DEFENDANTS

Attachment A

Camargo, Tonya
Campbell, Heather-Jo
Campbell, Regina
Cancel, Amy
Carden, Jamie
Carreker, Chenita
Carracter, Kimberly
Carter, Angela
Carter, Belinda
Carter, Carla
Carter, Denita
Carter, Supernia
Carter, Virginia
Carver, Thomasine
Casey, Deana
Cassell, Dorothy
Catchings, Patricia
Cavender, Sandra
Clemons, Tamela
Chambers, Avril
Chambers, Julie
Champion, Patricia
Champion-Grimball, D'Angelia
Chandler, Sharon
Chapman, Tiffany
Chattin, Mindy
Chestnut, Helenea
Childers, Jenifer
Clark, Frances
Clark, Jeanine
Clark, Jennifer
Clark, Lakeisha
Clark, Laureen
Clark, Teresa
Clark, Trina
Clarke, Zena
Clark-Lester, Sabrina
Clemente, Latonya
Clinton, Shellie
Cochran, Catherine
Colbert, Nickey
Coleman, Brenda
Collins, Tammy
Collis, Jennifer

Collum, Sherry
Cook, Leah